| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2004 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Batten, Timothy C | 2. Court or Organization<br><br>U.S. District Court, N.D., Ga. | 3. Date of Report<br><br>9/30/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge - Nominee | 5. ReportType (check appropriate type)<br><br>(●) Nomination.  Date  9/28/2005<br><br>( ) Initial  ( ) Annual  ( ) Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>8/31/2005 |
| 7. Chambers or Office Address<br><br>1600 Candler Building<br>127 Peachtree Street, NE<br>Atlanta, GA 30303-1845 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____  Date _____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Schreeder, Wheeler & Flint, LLP |
| 2. | Director and Secretary | T.E.C.H. Ventures, Inc. |

## I. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/1/01 | SWF-FSL, LLP Partnership Agreement with law firm partners regarding deferred fee payments, no control |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Schreeder, Wheeler & Flint, LLP | 297,429 |
| 2. | 2004 | Schreerder, Wheeler & Flint, LLP | 364,413 |
| 3. | 2005 | Schreerder, Wheeler & Flint, LLP | 101,000 |
| 4. | 2004 | SWF-FSL, LLP | 3,065 |
| 5. | 2005 | SWF-FSL, LLP | 3,073 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Candler Abstract Company - distributed earnings from title company |
| 2. | 2005 | Candler Abstract Company - distributed earnings from title company |

## V. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | Exempt |

V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| Citibank | Credit Card | J |
| American Express | Credit Card | K |
| Chase Bank | Credit Card | L |
| MBNA | Credit Card | L |

| Name of Person Reporting | Date of Report |
|---|---|
| Batten, Timothy C | 9/30/2005 |

## II. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 5.3191% interest in SWF-FSL, LLP | D | Dividend | J | U | Exempt | | | | |
| Wachovia Securities IRA | | | | | | | | | |
| - IBM | A | Dividend | J | T | | | | | |
| - Home Depot | A | Dividend | J | T | | | | | |
| Smith Barney Citigroup Keogh | | | | | | | | | |
| - Amgen, Inc. | A | Dividend | J | T | | | | | |
| - Cisco Systems | A | Dividend | J | T | | | | | |
| - General Electric | A | Dividend | J | T | | | | | |
| - Home Depot | A | Dividend | K | T | | | | | |
| - Intel | A | Dividend | J | T | | | | | |
| - Lowes | A | Distribution | K | T | | | | | |
| - Medtronic | A | Dividend | J | T | | | | | |
| - Pfizer | A | Dividend | J | T | | | | | |
| - Enterprise Growth Fund | A | Dividend | J | T | | | | | |
| - Fidelity Spartan High Income Fund | A | Dividend | J | T | | | | | |
| - Growth Fund of America | A | Dividend | M | T | | | | | |
| - Franklin Mutual Qualified Fund Class C | A | Dividend | K | T | | | | | |
| - Sunamerica Focused Large-Cap Growth Class A | A | Dividend | J | T | | | | | |

Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Batten, Timothy C | 9/30/2005 |

## II. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A -H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 9.     - Washing Mutual Investors Fund Class A | A | Dividend | L | T | | | | | |

1. Income/Gain Codes:          A = $1,000 or less          B = $1,001-$2,500          C = $2,501-$5,000          D = $5,001-$15,000          E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000       G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:                J = $15,000 or less        K = $15,001-$50,000        L = $50,001-$100,000       M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000      O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                               P3 = $25,000,001-$50,000,000                          P4 = $More than $50,000,000
3. Value Method Codes          Q = Appraisal              R = Cost (Real Estate Only)    S = Assessment              T = Cash/Market

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Batten, Timothy C | 9/30/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Batten, Timothy C | 9/30/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____        Date __9/30/05__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| ash on hand and in banks | 2 | 000 | Notes payable to banks-secured | | |
| .S. Government securities-add chedule | | | Notes payable to banks-unsecured | | |
| isted securities-add schedule | | | Notes payable to relatives | | |
| nlisted securities--add schedule | | | Notes payable to others | | |
| ccounts and notes receivable: | | | Accounts and bills due | 197 | 000 |
| Due from relatives and friends | | | Unpaid income tax | | |
| Due from others | | | Other unpaid income and interest | | |
| Doubtful | | | Real estate mortgages payable-add schedule | 683 | 000 |
| eal estate owned-add schedule | 1 150 | 000 | Chattel mortgages and other liens payable | | |
| eal estate mortgages receivable | | | Other debts-itemize: | | |
| utos and other personal property | 35 | 000 | | | |
| ash value-life insurance | | | | | |
| ther assets itemize: | | | | | |
| Retirement Account (Keogh) | 350 | 000 | | | |
| IRA | 17 | 000 | | | |
| Furniture, furnishings, eqpt | 100 | 000 | Total liabilities | 880 | 000 |
| Clothing | 10 | 000 | Net Worth | 784 | 000 |
| otal Assets | 1 664 | 000 | Total liabilities and net worth | 1 664 | 000 |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | |
| s endorser, comaker or guarantor | | | Are any assets pledged? (Add schedule) | No | |
| n leases or contracts | | | Are you defendant in any suits or legal actions? | No | |
| egal Claims | | | Have you ever taken bankruptcy? | No | |
| rovision for Federal Income Tax | | | | | |
| ther special debt | | | | | |